IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOWARD MCGEE,
    Petitioner,

vs.          3:04cv412/MCR/MD

JAMES V. CROSBY, JR., Secretary
of the Florida Department of Corrections,
and FLORIDA PAROLE COMMISSION,
    Respondents.
                                     /

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 19, 2005.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

The petition for writ of habeas corpus (doc. 1) is DENIED and the clerk is directed to close the file.

DONE AND ORDERED this 7th day of July, 2005.

                                          s/ _M. Casey Rodgers_
                                          M. CASEY RODGERS
                                          UNITED STATES DISTRICT JUDGE